UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY GEORGE BELL,<br><br>                      Plaintiff,<br><br>    -against-<br><br>NEW YORK LEGAL ASSISTANCE GROUP; LISA RIVERA OF NYLAG; MR. ROMO OF NYLAG,<br><br>                    Defendants. | 24cv2434 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 29, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 14, 2024
           New York, New York

                                                                /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                   Chief United States District Judge